```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```

**FILED**

**MAY 1 5 2008**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IN RE MATTER OF SEIZURE<br>WARRANT FOR CERTAIN FUNDS, | 2:07-SW-0380-EFB<br><br>[PROPOSED] UNSEALING ORDER |

On December 21, 2007, the Court entered a sealing order on the affidavit and seizure warrant numbered: 2:07-SW-0380 EFB. The United States now requests that the affidavit and seizure warrant listed above be unsealed.

IT IS SO ORDERED.

DATED: May 15, 2008

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE